**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

STATE FARM GUARANTY INSURANCE COMPANY, : : :

**Case No. 2:25cv03034-ES-JBC**

*Plaintiff,* :

v. :

DAVIT KHVIBLIANI,
IESAV KVITSIANI, :

*The "Claimant Defendants"* :

A & X TRUCKING, LLC,
EVER A. PALMA, :

*The "Adverse Vehicle Defendants"* :

-and- :

ADVANTAGE DIAGNOSTICS CLINICAL
  LABORATORY LLC,
AVICENNA PAIN TREATMENT GROUP,
BAY ANESTHESIA, LLC,
CENTURION ANESTHESIA SURGICAL
  CENTERS, LLC
  a/k/a CENTURION ANESTHESIA
SURGICAL CENTER,
CREST TRANSPORTATION SERVICES, INC
  d/b/a ASSIST AMBULANCE,
IRONBOUND MRI, LLC,
MUHLENBERG ASC, LLC,
NEW HORIZON SURGICAL CENTER, LLC,
PARAMUS SURGICAL CENTER, LLC
  l/b/n YANKEE SURGICAL CENTER,
THE NEW JERSEY IMAGING NETWORK,
  LLC, :

*The "Medical Provider Defendants"* :

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State Farm Guaranty Insurance Company hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Bay Anesthesia LLC and Centurion Anesthesia Surgical Centers, LLC.  The action shall proceed against the remaining Defendants.

Respectfully submitted,

**GOLDBERG MILLER & RUBIN, P.C.**

By: _____
    Matthew Moroney, Esq.
    1501 Broadway, Suite 715
    New York, New York 10036
    (646) 503-5791

*Attorneys for Plaintiff State Farm*

Dated:      New York, New York
            January 26, 2026