# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **STATE FARM GUARANTY INSURANCE COMPANY,** | : <br> : <br> : **Case No. 2:25cv03034-ES-JBC** <br> *Plaintiff*, : <br> v. : <br> : <br> **DAVIT KHVIBLIANI,** : <br> **IESAV KVITSIANI,** : <br> : <br> *The "Claimant Defendants"* : <br> : <br> **A & X TRUCKING, LLC,** : <br> **EVER A. PALMA,** : <br> : <br> *The "Adverse Vehicle Defendants"* : <br> : <br> -and- : <br> : <br> **ADVANTAGE DIAGNOSTICS CLINICAL** : <br>   **LABORATORY LLC,** : <br> **AVICENNA PAIN TREATMENT GROUP,** : <br> **BAY ANESTHESIA, LLC,** : <br> **CENTURION ANESTHESIA SURGICAL** : <br>   **CENTERS, LLC** : <br>   a/k/a **CENTURION ANESTHESIA** : <br> **SURGICAL CENTER,** : <br> **CREST TRANSPORTATION SERVICES, INC** : <br>   d/b/a **ASSIST AMBULANCE,** : <br> **IRONBOUND MRI, LLC,** : <br> **MUHLENBERG ASC, LLC,** : <br> **NEW HORIZON SURGICAL CENTER, LLC,** : <br> **PARAMUS SURGICAL CENTER, LLC** : <br>   l/b/n **YANKEE SURGICAL CENTER,** : <br> **THE NEW JERSEY IMAGING NETWORK,** : <br>   **LLC,** : <br> : <br> *The "Medical Provider Defendants"* : <br> : |

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE**, that on February 26, 2026, or as soon thereafter as counsel may be heard, Plaintiff State Farm Guaranty Insurance Company will move before the United States District Court for the District of New Jersey, Newark Vicinage, located at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendants Iesav Kvitsiani, A & X Trucking, LLC, Ever A. Palma, Advantage Diagnostics Clinical Laboratory, LLC, Avicenna Pain Treatment Group, Crest Transportation Services, Inc, Ironbound MRI, LLC, Muhlenberg ASC, LLC, New Horizon Surgical Center, LLC, Paramus Surgical Center, LLC, and The New Jersey Imaging Network, LLC declaring that there is no coverage for their claims relating to the alleged June 1, 2024 collision referenced in the complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the attached motion, certification and exhibits filed herewith.

**PLEASE TAKE FURTHER NOTICE** A proposed form of Order is also submitted herewith.

Respectfully submitted,

**GOLDBERG MILLER & RUBIN, P.C.**
    /s/ Matthew Moroney
By: _____
    Matthew Moroney, Esq.
1501 Broadway, Suite 715
New York, New York 10036
(646) 503-5791

*Attorneys for Plaintiff State Farm*

Dated:    New York, New York
          January 28, 2026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STATE FARM GUARANTY INSURANCE COMPANY,** | : <br> : <br> : **Case No. 2:25cv03034-ES-JBC** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Plaintiff,* | |
| v. | |
| **DAVIT KHVIBLIANI,** <br> **IESAV KVITSIANI,** | |
| *The "Claimant Defendants"* | |
| **A & X TRUCKING, LLC,** <br> **EVER A. PALMA,** | |
| *The "Adverse Vehicle Defendants"* | |
| -and- | |
| **ADVANTAGE DIAGNOSTICS CLINICAL** <br>    **LABORATORY LLC,** <br> **AVICENNA PAIN TREATMENT GROUP,** <br> **BAY ANESTHESIA, LLC,** <br> **CENTURION ANESTHESIA SURGICAL** <br>    **CENTERS, LLC** <br>    **a/k/a CENTURION ANESTHESIA** <br> **SURGICAL CENTER,** <br> **CREST TRANSPORTATION SERVICES, INC** <br>    **d/b/a ASSIST AMBULANCE,** <br> **IRONBOUND MRI, LLC,** <br> **MUHLENBERG ASC, LLC,** <br> **NEW HORIZON SURGICAL CENTER, LLC,** <br> **PARAMUS SURGICAL CENTER, LLC** <br>    **l/b/n YANKEE SURGICAL CENTER,** <br> **THE NEW JERSEY IMAGING NETWORK,** <br>    **LLC,** | |
| *The "Medical Provider Defendants"* | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff State Farm Guaranty Insurance Company ("State Farm"), by and through its undersigned counsel, hereby seeks an entry of final default judgment against Defendants Iesav Kvitsiani, A & X Trucking, LLC, Ever A. Palma, Advantage Diagnostics Clinical Laboratory, LLC, Avicenna Pain Treatment Group, Crest Transportation Services, Inc, Ironbound MRI, LLC, Muhlenberg ASC, LLC, New Horizon Surgical Center, LLC, Paramus Surgical Center, LLC, and The New Jersey Imaging Network, LLC (collectively, "Defaulting Defendants") declaring that there is no coverage for their claims relating to the alleged June 1, 2024 collision referenced in the complaint and avers as follows:

1. In this action, State Farm, an automobile insurer, seeks a declaration that it is not obligated to provide any insurance coverage for a June 1, 2024 collision because: (a) State Farm's investigation has determined that the alleged loss was not an accident but intentionally caused and (b) to the extent the defendants seek New York No-Fault coverage, those claims are also barred because Defendants Davit Khvibliani ("D. Khvibliani") and Iesav Kvitsiani (collectively, "Claimants") failed to subscribe their examination under oath ("EUO") transcripts, in violation of 11 NYCRR 65-1.1. See complaint annexed as Exhibit I.

2. Less than two weeks before the alleged loss, D. Khvibliani took out policy 2351-742-30 with State Farm for a 2010 Ford Escape. He represented to State Farm that he resided at 63 Fair Street Hackensack, New Jersey 0760. See annexed declaration of Jessica Matlosz.

3. The policy provided for various coverages, including but not limited to Liability Coverage, Personal Injury Protection, Uninsured/Underinsured Motorist Coverage, and Physical Damage Coverage. *Id.*

4.  Shortly after the policy inception, on June 1, 2024, D. Khvibliani was driving in the insured vehicle westbound on the Brooklyn Queens Expressway, with Kvitsiani as a passenger, when they were rear-ended by a truck driven by Ever Palma and registered to A&X Trucking, LLC. *Id.*

5.  The police report records D. Khvibliani stating that collision occurred when he decelerated because a vehicle in front of him did as well. Palma told the police that D. Khvibliani cut in front of the truck before the loss and stopped short abruptly. *Id.*

6.  The Claimants are alleged to have suffered injuries from this incident and are seeking coverage for No-Fault coverage and may seek the other coverages noted above and State Farm assigned claim number 30-59K2-07W to these claims. *Id.*

7.  The Claimants have assigned their rights to No-Fault reimbursement to the remaining defendants. *Id.*

8.  State Farm duly investigated this loss and determined that, D. Khvibliani was associated with 1269 18th Street, Apt #A10 Brooklyn, NY 11230, where a Lile Khvibliani ("L. Khvibliani") resided and that he had taken out a State Farm policy a week before D. Khvibliani and that, less than an hour before D. Khvibliani's loss, he was involved in a loss where she was hit in the rear by a large commercial truck in on the Long Island Expressway, Queens, New York. The driver of the truck in that L. Khvibliani's loss also told the police that he had stopped short on the highway, causing the collision. *Id.*

9.  L. Khvibliani also claimed injuries and retained the same personal injury law firm as D. Khvibliani. *Id.*

10. State Farm took EUOs of D. Khvibliani and Kvitsiani but they provided specious and conflicting testimony that suggested that they caused the loss intentionally to manufacture false claims. *Id.*

11. The remaining defendants, except A & X and Palma, are medical providers seeking to collect No-Fault benefits as their assignees.

12. Based on its investigation, State Farm has determined that the Claimants intentionally caused the loss, which bars any coverage under the policy. *Id.*

13. Moreover, the No-Fault claims, to the extent they were sought under the New York regulatory scheme, were also denied because the Claimants failed to return their transcripts, violating a condition precedent to coverage. See attached Memorandum of Law.

14. On April 22, 2025, State Farm commenced the instant action seeking declarations that it does not owe coverage for the June 1, 2024 alleged loss. See Exhibit I.

15. The Defaulting Defendants have all been properly served by process server. See Exhibit J.

16. Because the Defaulting Defendants failed to plead or otherwise appear within 21 days pursuant to the Federal Rules of Civil Procedure, on September 23, 2025, State Farm filed a Request for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Clerk entered a default against the Defaulting Defendants. *Id.*

17. Given the foregoing, State Farm respectfully requests a default judgment for the declaratory relief sought in the complaint.

18. The action has been discontinued against Bay Anesthesia LLC and Centurion Anesthesia Surgical Centers, LLC because they have withdrawn their claims.

19. D. Khvibliani has not yet been located for service and State Farm will seek an extension of time to serve him under a separate application.

20. A proposed order that provides the relief requested is annexed hereto as Exhibit K.

21. All information relevant to this application is being filed as exhibits to this motion.

**WHEREFORE,** State Farm respectfully requests that its motion be granted in its entirety, and such further relief as this Court may deem just and proper

Respectfully submitted,

**GOLDBERG MILLER & RUBIN, P.C.**

/s/ Matthew Moroney
By: _____
Matthew Moroney, Esq.
1501 Broadway, Suite 715
New York, New York 10036
(646) 503-5791

*Attorneys for Plaintiff State Farm*

Dated:   New York, New York
         January 28, 2026